# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2023

Honorable Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  **United States v. Ryan Moore**
     16 CR 450 (PGG)

Dear Judge Gardephe:

I write to request that the Court grant Mr. Moore permission to travel internationally for a family trip. With the Court's approval, he and his partner are planning to take a cruise to _____ to celebrate their birthdays. The cruise leaves on March 5, 2023 and returns on March __, 2023. Mr. Moore's United States Probation Officer, Amber W_____ has no objection to his request and Mr. Moore will provide her with his itinerary in advance and remain in contact as directed.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Date: March 1, 2023

On February 2, 2018, the Court sentenced Mr. Moore to 60 months imprisonment to be followed by four years of supervised release. Mr. Moore was released from prison and commenced his term of supervision on June 3, 2020. Since his release, he has been in full compliance with his conditions of supervision, and he is employed fulltime as a Service Agent at Enterprise Rent-a-Car. Mr. Moore's exemplary conduct over the past 34 months demonstrates that he has successfully reintegrated into society.

Therefore, I respectfully request that the Court grant Mr. Moore permission to travel out of the United States on the cruise to the Bahamas.

          Respectfully submitted,

          */s/ Amy Gallicchio*
          _____
          Amy Gallicchio
          Assistant Federal Defender

Cc:    AUSA Benet Jeanne Kearney
        USPO Amber Wilton