**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 26, 2025

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 3, 2025

*The specifications in the December 26, 2024 violation report are dismissed; and the March 4, 2025 hearing is adjourned sine die.*

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Moore*, **16 CR 450-01 (PGG)**

Dear Judge Gardephe:

On December 26, 2024, the Probation Office submitted a violation report (the "December 2024 Violation Report") advising the Court that Ryan Moore, the defendant in the above captioned case, was in violation of certain conditions of his supervised release and requesting that the Court issue a summons so that the defendant could be brought before the Court to answer the specifications in the December 2024 Violation Report.

The specifications in the December 2024 Violation Report arose out of an August 8, 2024 arrest of the defendant in the Bronx and related charges filed by the Bronx District Attorney's Office. When the December 2024 Violation Report was submitted, the defendant's next state court date was set for late January 2025. Accordingly, the Probation Office requested that the summons be issued for a date in early March, so that the defendant's appearance in this Court could follow the defendant's next state court date. On December 27, 2024, the defendant was issued a summons to appear before this Court on March 4, 2025.

On February 20, 2025, the Government was informed that the Bronx District Attorney's Office had dismissed the state charges against the defendant that gave rise to the specifications in the December 2024 Violation Report. The Government thereafter conferred with the Bronx District Attorney's Office and the defendant's Probation Officer about the matter. The defendant's Probation Officer informed the Government that the Probation Office believes it would be appropriate to dismiss the specifications in the December 2024 Violation Report. The Government believes it is appropriate to defer to the recommendation of the Probation Office in this case.

Page 2

Accordingly, the Government respectfully moves for the dismissal of the specifications in the December 2024 Violation Report.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

by: *Ariana Bloom*
Ariana L. Bloom
Assistant United States Attorney
(212) 637-2578

cc:   All counsel of record (via ECF)